# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS MEDINA,<br><br>          Petitioner,<br><br>     v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>          Respondent. | Case No. CV 08-6780 GW (SS)<br><br>**ORDER ACCEPTING AND MODIFYING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge, with the following non-substantive modifications to the Report:

\\

\\

\\

1. Page two, footnote two: the short form citation to Bastidas is changed to the long form "Bastidas v. Chappell, 791 F.3d 1155, 1165 (9th Cir. 2015)";
2. Page three, line 13: the capitalized word "Ordered" is changed to lower-case "ordered";
3. Page sixteen, lines 17-18: the long form citation to Bastidas is changed to the short form "Bastidas, 791 F.3d at 1165";
4. Page twenty-five, line 1: the final portion of line one is changed to read "(citations and footnotes omitted)), '[j]ailhouse . . . .)";
5. Page twenty-six, line 3: "was only individual" is changed to "was the only individual";
6. Page thirty-five, line 25: the phrase "italics in original" is deleted.

**IT IS ORDERED** that the First Amended Petition is denied and Judgment shall be entered dismissing this action with prejudice. **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 7, 2016

GEORGE H. WU
UNITED STATES DISTRICT JUDGE